# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**                                                                 **Case No.** 19−70746−JHH13
Earnestine Thomas Wilson                         **Chapter** 13
**SSN:** xxx−xx−0138

      **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*25* − Objection to Claim # 9 of Internal Revenue Service in the amount of $3000 Filed by Debtor Earnestine Thomas Wilson. (Entelisano, Marshall)

**Date: Tuesday, August 13, 2019**          **Time: 09:15 AM**

**Location: Room 2600, Federal Courthouse, 2005 University Blvd, Tuscaloosa, AL 35401**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: July 11, 2019                                          By:

                                                                         Joseph E. Bulgarella, Clerk
                                                                         United States Bankruptcy Court

msh